

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDG:AMC/TDK
F.#2011R00532

*271 Cadman Plaza East*

*Brooklyn, New York 11201*

May 31, 2013

<u>By ECF</u>

The Honorable Roslynn R. Mauskopf
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Ofer Biton
          <u>Criminal Docket No. 12-580 (RRM)</u>

Dear Judge Mauskopf:

      The government writes in response to the defendant's letter and exhibits submitted on May 30, 2013. (<u>See</u> Def.'s Ltr., dated May 13, 2013 (Docket Entry No. 52). In response to the Court's specific instruction at the status conference on May 24, 2013, the defendant now provides the Court with additional information including that related to the ownership of several businesses and the value of those businesses. In his submission, the defendant also offers to post additional property including stock as well as his interest in an additional business to secure his appearance. Having reviewed the defendant's submission, the government does not intend to raise any issues of factual dispute at the status conference scheduled for today at 2:30 p.m. The government reserves the right to raise any factual disputes regarding this submission at a later time should the government's ongoing investigation reveal new information relevant to the issues raised by the Pretrial Services report issued on May 16,

2013 and the defendant's specific representations in his May 23 and May 30 submissions in connection with that report.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: _____/s/_____
Anthony M. Capozzolo
Assistant U.S. Attorney
(718) 254-6454

cc: Clerk of Court (RRM) (by ECF)
Alan Vinegrad, Esq. (by ECF)
Pretrial Services Officer Ryan Lehr (by Email)